

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00301-CV

**IN RE ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                    Adrian A. Spears II, Justice
                    Velia J. Meza, Justice

Delivered and Filed: October 8, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On May 12, 2025, relator filed this petition for writ of mandamus requesting that this court vacate respondent's order granting the real party in interest's verified motion to set aside default judgment because said verified motion was purportedly superseded and replaced pursuant to Rule 65 of the Texas Rules of Civil Procedure. We invited responses from the real party in interest and respondent. The real party in interest filed their response and the relator has replied. Having reviewed the arguments of the parties, the record, and the law, this court has determined that relator

---

[1]This proceeding arises out of Cause No. 2024CI23610, styled *Allstate Vehicle and Property Insurance Company v. Montelongo Group, LLC, d/b/a Bison Roofing and Construction Co.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.

has not established its entitlement to the relief sought. The petition for writ of mandamus is **DENIED**.

PER CURIAM